NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN F. MCBURNEY,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7013

---

Appeal from the United States Court of Appeals for Veterans Claims in Case No. 08-4015, Judge Robert N. Davis.

---

**JUDGMENT**

---

MARK J. MCBURNEY, McBurney & McBurney, of Pawtucket, Rhode Island, argued for claimant-appellant.

P. DAVIS OLIVER, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON,

Director, KIRK T. MANHARDT, Assistant Director, and MEREDYTH COHEN HAVASY, Trial Attorney. Of counsel on the brief were DAVID J. BARRANS, Deputy Assistant General Counsel, and Y. KEN LEE, Attorney, United States Veterans Affairs, of Washington, DC.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and MOORE, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 24, 2011 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |